DENNARD *et al. v.* FARMERS AND MERCHANTS BANK OF COOLIDGE.

ATKINSON, J. 1. This case is controlled by the decision in *Bradley* v. *State,* 111 *Ga.* 168 (36 S. E. 630, 50 L. R. A. 691, 78 Am. St. R. 157). Accordingly the judge did not err in declining to grant a jury trial on the issue sought to be made by the plaintiffs in error under the Civil Code, § 4643.

2. The judge was authorized, under the evidence, to find the defendants guilty of contempt.

*Judgment affirmed. All the Justices concur, except Gilbert, J., absent. George, J., concurs specially.*

No. 1446. FEBRUARY 26, 1920.

Attachment for contempt. Before Judge Thomas. Thomas superior court. April 19, 1919. (See ante, 590, 101 S. E. 672.)

*Titus, Dekle & Hopkins,* for plaintiffs in error.

*Hay, Joiner, Hammond & Crawford,* contra.

---

## RULE 26 ABROGATED.

The following order was passed on October 14, 1919:

Because of the constitutional amendment of 1916, which in effect makes all cases brought to this court of the character of fast writs so far as relates to the hearing of the same, Rule 26, providing for the advancement of cases, is revoked.

---

## NOTE.

Where absences of Justices are noted, they were prevented, by providential causes, from participation in the judgments.